AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Wisconsin

| | |
|---|---|
| Christopher Carlson <br><br> *Plaintiff(s)* <br><br> v. <br><br> Synchrony Bank and Equifax Information Services LLC. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) <br><br> Civil Action No.  3:21-cv-77 -wmc |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Synchrony Bank
170 West Election Road, Suite 125
Draper, UT 84020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joe Panvini
4250 North Drinkwater Bvd, Suite 320
Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  2/8/2021

*V. Olmo, Deputy Clerk*
*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Western District of Wisconsin

Case Number: 3:21-CV-77-WMC

Plaintiff:
**Christopher Carlson**
vs.
Defendants:
**Synchrony Bank and Equifax Information Services, LLC**

For: McCarthy Law PLC

Received by Front Range Legal Process Service, Inc. on the 9th day of February, 2021 at 3:59 pm to be served on Synchrony Bank, 170 West Election Rd, Ste 125, Draper, UT 84020. I, _KELSEY GARRETT_, do hereby affirm that on the _10_ day of FEBRUARY, 20_21_ at _1:10_ P.m., executed service by delivering a true copy of the Summons; Complaint; Civil Cover Sheet; Corporate Disclosure Statement; Notice Of Judge Assignment; Magistrate Consent Form in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(✓) CORPORATE SERVICE: By serving _OWEN WATKINS_ as _ADMINISTRATION_.

( ) POSTING _____

(✓ DESCRIPTION ) Age _30_ Sex_M_ Race_CAUC_ Height _5'11"_ Weight _200_ Hair _BALD_ Glasses _Y_

( ) OTHER SERVICE: As described in the Comments below by

COMMENTS: _____

_____

_____

_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _A128491_
Appointed in accordance with State Statutes

Front Range Legal Process Service, Inc.
145 W. Swallow Road
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2021000915

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c