AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Western District of Wisconsin

| | |
|---|---|
| Christopher Carlson | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )  Civil Action No.  3:21-cv-77 -wmc |
| | ) |
| Synchrony Bank and Equifax Information Services LLC. | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Equifax Information Services, LLC
C/O CORPORATION SERVICE COMPANY
8040 EXCELSIOR DRIVE, SUITE 400
MADISON , WI 53717

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joe Panvini
4250 North Drinkwater Bvd, Suite 320
Scottsdale, AZ 85251

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  2/8/2021

_V. Olmo, Deputy Clerk_
_Signature of Clerk or Deputy Clerk_

## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Wisconsin

Case Number: 3:21-CV-77-WMC

Plaintiff:
**Christopher Carlson**

vs.

Defendants:
**Synchrony Bank and Equifax Information Services, LLC**

For:
McCarthy Law PLC
4250 North Drinkwater Blvd.
Ste 320
Scottsdale, AZ 85251

Received by Front Range Legal Process Service, Inc. on the 9th day of February, 2021 at 3:59 pm to be served on **Equifax Infomation Services, LLC C/O Corporation Service Company, 8040 Excelsior Dr, Ste 400, Madison, WI 53717**.

I, Jeremy Small, do hereby affirm that on the **12th day of February, 2021** at **11:38 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons; Complaint; Civil Cover Sheet; Corporate Disclosure Statement; Notice Of Judge Assignment; Magistrate Consent Form** with the date and hour of service endorsed thereon by me, to: **John McClain** as **Cutomer Service** for **Equifax Infomation Services, LLC**, at the address of: **8040 Excelsior Dr, Ste 400, Madison, WI 53717**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 52, Sex: M, Race/Skin Color: WHITE, Height: 5'8", Weight: 250, Hair: SALT PEPPER, Glasses: .

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

**Jeremy Small**
Process Server

**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**(888) 387-3783**

Our Job Serial Number: FRS-2021000914

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a