UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER CARLSON,

      Plaintiff,

v.

SYNCHRONY BANK and EQUIFAX
INFORMATION SERVICES, LLC.,

      Defendants

Case No.: 3:21-cv-00077-wmc

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

By agreement of Plaintiff Christopher Carlson ("Plaintiff") and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Synchrony Bank ("Synchrony"), through its attorneys, respectfully requests that the Court extend the deadline in which Synchrony has to plead or otherwise respond to the Plaintiff's Complaint to and including April 2, 2021.  In support of its Motion, Synchrony states as follows:

1.      On February 10, 2021, Plaintiff served Synchrony with his Complaint in the above-captioned lawsuit.

2.      Synchrony's response to Plaintiff's Complaint is currently due on March 3, 2021.

3.      Synchrony is in the process of reviewing the claims in Plaintiff's Complaint and requires additional time.

4.      This is the first motion for an extension requested by Synchrony.  This request is brought in good faith and not made to unnecessarily delay discovery or the proceedings in this matter.

5.        Plaintiff does not oppose extending Synchrony's deadline to plead or otherwise respond to Plaintiff's Complaint to and including April 2, 2021.

6.        Attached hereto as <u>Exhibit A</u> is the proposed Order granting Defendant's Unopposed Motion for Extension of Time to File a Responsive Pleading.

WHEREFORE, Defendant Synchrony Bank respectfully requests that this Court grant Defendant's Unopposed Motion for Extension of Time to File Responsive Pleading, extending Synchrony's 's deadline to respond to Plaintiff's Complaint to and including April 2, 2021, and award such other relief as this Court deems proper.

Dated this 2nd day of March, 2021.                    REED SMITH LLP


                                        */s/ Timothy R. Carwinski*
                                        Timothy R. Carwinski
                                        tcarwinski@reedsmith.com
                                        10 South Wacker Drive, 39th Floor
                                        Chicago, IL  60606-7507
                                        Telephone:  (312) 207-1000
                                        Facsimile:  (312) 207-6400

                                        *Attorney for Defendant Synchrony Bank*

- 2 -

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of March, 2021, a true and correct copy of the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Timothy R. Carwinski*
Timothy R. Carwinski