UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER CARLSON,

        Plaintiff,

v.

SYNCHRONY BANK and EQUIFAX
INFORMATION SERVICES, LLC.,

        Defendants

Case No.: 3:21-cv-00077-wmc

---

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Based upon the Defendant Synchrony Bank's Unopposed Motion for Extension of Time to File a Responsive Pleading,

**IT IS HEREBY ORDERED** that Defendant Synchrony Bank, without waiver of any defenses, shall have to and including April 2, 2021 to answer, move, or otherwise respond to the Complaint.

Dated:_____, 2021        BY THE COURT:


_____
The Honorable William M. Conley
United States District Judge