AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin ▾

| | |
|---|---|
| Christopher Carlson | ) |
| *Plaintiff* | ) |
| v. | ) |
| Synchrony Bank and Equifax Information Services LLC | ) |
| *Defendant* | ) |

Case No.   3:21-cv-77

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Equifax Information Services LLC                                                                    .

Date:      03/05/2021                                            /s/Rebecca Lindstrom
                                                                           *Attorney's signature*

                                                          Rebecca M. Lindstrom - WI Bar No. 1084763
                                                                      *Printed name and bar number*
                                                                              Polsinelli PC
                                                                  150 N. Riverside Plaza, Ste. 300
                                                                      Chicago, Illinois 60606


                                                                                *Address*


                                                                  rlindstrom@polsinelli.com
                                                                         *E-mail address*

                                                                           312-463-6217
                                                                       *Telephone number*

                                                                           312-819-1910
                                                                            *FAX number*