**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| **CHRISTOPHER CARLSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:21-cv-00077** |
| | ) | |
| **SYNCHRONY BANK and EQUIFAX** | ) | |
| **INFORMATION SERVICES LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Equifax Information Services LLC submits the following Corporate

Disclosure Statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc., which

is a publicly traded company.

This 5th day of March, 2021.

Respectfully submitted,

POLSINELLI PC

 /s/Rebecca M. Lindstrom
Rebecca M. Lindstrom (WI Bar No.: 1084763)
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
Tel. (312) 819-1900
Fax (312) 819-1910
rlindstrom@polsinelli.com

ATTORNEY FOR DEFENDANT
EQUIFAX INFORMATION SERVICES LLC