**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| CHRISTOPHER CARLSON,            ) | |
|             ) | |
|       **Plaintiff,**        ) | |
|             ) | |
| **vs.**            ) | **Case No. 3:21-cv-00077** |
|             ) | |
| **SYNCHRONY BANK and EQUIFAX**   ) | |
| **INFORMATION SERVICES LLC,**   ) | |
|             ) | |
|       **Defendants.**     ) | |

**EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax") respectfully requests that this Court enter an order extending the time to answer or otherwise respond to Plaintiff's Complaint through April 5, 2021. In support of this motion, Equifax states as follows:

1.  Plaintiff filed Complaint with this Court on February 2, 2021.

2.  Equifax was served with the Complaint on February 12, 2021.

3.  Absent an extension, the deadline for Equifax to answer or otherwise respond to the Complaint is March 5, 2021.

4.  Equifax is still reviewing the allegations and conducting an investigation into the allegations in order to prepare its answer and to allow the parties to actively engage in settlement discussions.  Accordingly, Equifax respectfully requests an extension through and including April 5, 2021 within which to file its answer or other responsive pleading in this matter.

5.  On March 1, 2021, Equifax requested, and counsel for Plaintiff agreed, that Equifax may have up to and including April 5, 2021 to file an answer or otherwise respond to Plaintiff's Complaint, subject to the Court's approval.

6.     This request is not made for the purpose of delay or harassment, and no party will be prejudiced by the additional time for Equifax to answer or otherwise respond.

7.     This is Equifax's first request for an extension of time to answer or otherwise respond to the Complaint.

8.     A proposed order is attached.

WHEREFORE, Equifax respectfully requests that the Court extend the time for it to answer or otherwise respond to Plaintiff's Complaint until April 5, 2021.

Respectfully submitted,

POLSINELLI PC

 */s/ Rebecca M. Lindstrom*
Rebecca M. Lindstrom (WI Bar No.: 1084763)
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
Tel. (312) 819-1900
Fax (312) 819-1910
rlindstrom@polsinelli.com

ATTORNEY FOR DEFENDANT
EQUIFAX INFORMATION SERVICES LLC