**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| **CHRISTOPHER CARLSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:21-cv-00077** |
| | ) | |
| **SYNCHRONY BANK and EQUIFAX** | ) | |
| **INFORMATION SERVICES LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**[PROPOSED] ORDER GRANTING EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT**

For the reasons set forth in Equifax Information Services LLC's Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint ("Motion"), the Court grants the Motion. Equifax Information Services LLC shall file an Answer or otherwise respond to Plaintiff's Complaint on or before April 5, 2021.

Dated this _____ day of March, 2021.

BY THE COURT:

_____
Honorable Stephen L. Crocker
United States Magistrate Judge