**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **CHRISTOPHER CARLSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. 3:21-cv-00077** |
| ) | |
| **SYNCHRONY BANK and EQUIFAX** ) | |
| **INFORMATION SERVICES LLC,** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax"), by and through undersigned counsel, hereby files its Answer to the Complaint filed by Plaintiff Christopher Carlson ("Plaintiff") as follows:

**PRELIMINARY STATEMENT**

In answering the Complaint, Equifax states that it is responding to allegations on behalf of itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

**ANSWER**

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

**I.    INTRODUCTION**

1.    Equifax admits that Plaintiff purports to bring claims under the Fair Credit Reporting Act ("FCRA"). Equifax denies that it violated the FCRA, denies that Plaintiff was damaged by any action or inaction of Equifax, and denies that Plaintiff is entitled to any of the

relief requested.

## II. PARTIES

2.       Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

3.       Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4.       Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

5.       Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5.

6.       Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7.       Equifax admits the allegations in Paragraph 7.

8.       Equifax admits the allegations in Paragraph 8.

9.       Equifax admits the allegations in Paragraph 9.

10.      Equifax admits it furnishes consumer reports to third parties with permissible purpose.  Equifax is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11.      Equifax admits the allegations in Paragraph 11.

## II.      JURISDICTION AND VENUE

12.      Equifax admits that the Court has federal question jurisdiction over Plaintiff's FCRA claim against Equifax pursuant to 15 U.S.C. § 1681.

13.      Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 13.

14.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

### III.     FACTUAL ALLEGATIONS

15.     Equifax denies the allegations in Paragraph 15.

16.     Equifax admits that it is a consumer reporting agency as defined by the FCRA.

17.     Equifax admits the allegations in Paragraph 17.

18.     Equifax states that the FCRA speaks for itself. To the extent Plaintiff misstates, misquotes, or mischaracterizes its content, the allegations are denied.

19.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20.

21.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26.

27.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

**Plaintiff's Written Dispute**

29.    Equifax admits that it received a written dispute from Plaintiff regarding the Synchrony account. To the extent Plaintiff misstates, misquotes, or mischaracterizes its content, the allegations are denied.

30.    Equifax admits that it received a written dispute from Plaintiff regarding the Synchrony account. To the extent Plaintiff misstates, misquotes, or mischaracterizes its content, the allegations are denied.

31.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33.    Equifax denies the allegations in Paragraph 33.

34.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35.    Equifax denies the allegations in Paragraph 35.

36.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37.     Equifax denies the allegations in Paragraph 37.

## Count I – EQUIFAX

### Fair Credit Reporting Act Violation – 15 U.S.C. §1681e(b)

38.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

39.     Equifax denies the allegations in Paragraph 39.

40.     Equifax denies the allegations in Paragraph 40.

41.     Equifax denies the allegations in Paragraph 41.

42.     Equifax denies the allegations in Paragraph 42.

43.     Equifax denies the allegations in Paragraph 43.

44.     Equifax denies the allegations in Paragraph 44.

## Count II – EQUIFAX

### Fair Credit Reporting Act Violation – 15 U.S.C. §1681i

45.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

46.     Equifax denies the allegations in Paragraph 46.

47.     Equifax denies the allegations in Paragraph 47.

48.     Equifax denies the allegations in Paragraph 48.

49.     Equifax denies the allegations in Paragraph 49.

50.     Equifax denies the allegations in Paragraph 50.

51.     Equifax denies the allegations in Paragraph 51.

## Count III – SYNCHRONY BANK

### Fair Credit Reporting Act Violation – 15 U.S.C. §1681s-2(b)

52.     Equifax reasserts and re-alleges its responses and defenses as set forth herein.

53.     Equifax is without knowledge or information sufficient to form a belief as to the

truth of the allegations in Paragraph 53.

54.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55.

56.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56.

57.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57.

58.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58.

## COUNT IV – SYNCHRONY BANK AND EQUIFAX

### Fair Credit Reporting Act Violation – 15 U.S.C. §1681b

59.     Equifax denies the allegations in Paragraph 59.

60.     Equifax denies the allegations in Paragraph 60.

61.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61.

## PRAYER FOR RELIEF

62.     Equifax denies Plaintiff is entitled to any relief claimed in his Complaint.

63.     Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby denied.

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2)    it be dismissed as a party to this action; and

(3)    it recover such other and additional relief as the Court deems just and appropriate.

Respectfully submitted this 5th day of April, 2021.

Respectfully submitted,

POLSINELLI PC

 /s/Rebecca M. Lindstrom
Rebecca M. Lindstrom (WI Bar No.: 1084763)
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
Tel. (312) 819-1900
Fax (312) 819-1910
rlindstrom@polsinelli.com

ATTORNEYS FOR DEFENDANT EQUIFAX
INFORMATION SERVICES LLC