**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

CHRISTOPHER CARLSON,                    :
                                        :
       Plaintiff,               :      Case No. 3:21-cv-00077
                                        :
   v.                               :
                                        :
SYNCHRONY BANK and                      :
EQUIFAX INFORMATION                     :
SERVICES LLC,                           :
                                        :
    Defendants.

### Joint Preliminary Report and Discovery Plan

### 1.  Concise statement of the nature of the case

**Plaintiff's Summary:**

Plaintiff filed this lawsuit alleging that Defendants Synchrony Bank and

Equifax Information Services, LLC each willfully and negligently violated the

Fair Credit Reporting Act ("FCRA") 15 U.S.C. §§ 1681 *et seq.*

Plaintiff discovered that Synchrony Bank had submitted an inquiry,

pulling his credit report.  Plaintiff had no business relationship with

Synchrony and had not granted Synchrony permission to pull his credit.  He

contacted Synchrony about this issue and was informed that it would be

resolved.  Synchrony did not resolve the issue.

1

Months later, Plaintiff discovered that the Synchrony inquiry still remained on his Equifax credit report.  He mailed a dispute letter to Equifax, who in turn provided that dispute to Synchrony.  Despite being informed that the inquiry was inaccurate and should be removed, the inquiry remains on Plaintiff's Equifax credit report to this day.

Plaintiff has settled with Defendant Equifax Information Services, LLC.

SYNCHRONY'S SUMMARY: Synchrony denies Plaintiff's claims, denies that it violated the FCRA and asserts that it promptly responded to Plaintiff's fraud inquiry.

**2. Related cases:**

The parties are not aware of any related cases.

**3. Material Factual and Legal issues to be resolved at Trial:**

**Plaintiff contends the following are the legal issues to be tried:**

1. Whether each defendant has violated the FCRA;

2. Whether Synchrony had authorization to pull Plaintiff's credit;

3. Whether Synchrony and Plaintiff had a business relationship that would permit Synchrony to pull Plaintiff's credit;

4. Whether Equifax provided the dispute materials to Synchrony;

5. Whether Synchrony has violated § 1681s-2(b) of the FCRA;

6. Whether Equifax has violated §1681e(b) of the FCRA;

7. Whether Equifax has violated §1681i of the FCRA;

8. Whether Plaintiff was damaged by any defendant's violation of the FCRA.

9. Whether Synchrony conducted a reasonable investigation of Plaintiff's alleged dispute.

**Synchrony contends the following are the legal and factual issues to be tried:**

1. Whether Synchrony has a permissible reason to review Plaintiff's credit history.

2. Whether Synchrony conducted a reasonable investigation of Plaintiff's alleged dispute.

**4. Description of any amendments to the pleadings:**
   At this time, no party intends to amend its pleadings.  Each party reserves the right to do so if the legal need arises.

**5. Any new parties to be added:**
   At this time, no party intends to add any new parties.

**6. Estimated length of trial:**
   The parties anticipate that this matter can be tried in 2 days.

**7. Any other matter affecting the just, speedy and inexpensive determination of this case:**

At this time, the parties do not believe there are any matters needing the Court's attention.

## 8. Discovery Plan:

Rule 26(a)(1) initial disclosures: **May 21, 2021.**

Amendment of pleadings and naming of additional parties: **June 18, 2021.**

Disclosure of expert witnesses and reports by Plaintiff: **November 19, 2021.**

Disclosure of expert witnesses and reports by Defendants: **December 17, 2021.**

Discovery cutoff: **January 28, 2022.**

Dispositive motions: **February 18, 2022.**

Trial: **June 10, 2022.**

Dated: April 30, 2021

| | |
|---|---|
| /s/Joseph Panvini | /s/ Timothy R. Carwinski |
| Joseph Panvini, Esq. | Timothy R. Carwinski |
| MCCARTHY LAW, PLC | tcarwinski@reedsmith.com |
| 4250 North Drinkwater Blvd, Suite 320 | 10 South Wacker Drive, 39th Floor |
| Scottsdale, AZ 85251 | Chicago, IL 60606-7507 |
| Telephone: (602) 456-8900 | Telephone: (312) 207-1000 |
| Fax: (602) 218-4447 | Facsimile: (312) 207-6400 |
| Attorney for Plaintiff | Attorney for Defendant Synchrony Bank |

/s/Rebecca M. Lindstrom
Rebecca M. Lindstrom (WI Bar No.:
1084763)
150 North Riverside Plaza, Suite
3000
Chicago, IL 60606
Tel. (312) 819-1900
Fax (312) 819-1910
rlindstrom@polsinelli.com
Attorneys for Defendant Equifax
Information Services LLC