**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

Christopher Carlson,

      Plaintiff,

v.

Synchrony Bank and Equifax Information
Services LLC.

      Defendants.

Case No.: 3:21-cv-77

**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION**

**SERVICES, LLC**

Plaintiff Christopher Carlson, by and through undersigned counsel, hereby notifies the Court

that Plaintiff has reached a settlement in the above-referenced matter with Defendant Equifax

Information Services, LLC. ("Equifax"). Plaintiff and Equifax are in the process of finalizing the

settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that

the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60)

days.

Dated:    April 30, 2021

                     MCCARTHY LAW, PLC

                     */s/Joseph Panvini*
                     Joseph Panvini, Esq.
                     MCCARTHY LAW, PLC
                     4250 North Drinkwater Blvd, Suite 320
                     Scottsdale, AZ  85251

Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/Joseph Panvini*

2