# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

Christopher Carlson,

      Plaintiff,

v.

Synchrony Bank and Equifax Information Services LLC.

      Defendants.

Case No.: 3:21-cv-77

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Equifax Information Services, LLC hereby jointly stipulate that Equifax Information Serivces, LLC may be dismissed with prejudice, with each of the parties to bear their own fees and costs. Plaintiff's claims against active defendants remain pending.

Dated:    June 29, 2021

POLSINELLI PC

/s/Rebecca M. Lindstrom
Rebecca M. Lindstrom (WI Bar No.: 1084763)
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
Tel. (312) 819-1900
Fax (312) 819-1910
rlindstrom@polsinelli.com
*Attorneys for Defendant*
*Equifax Information Services, LLC.*

MCCARTHY LAW, PLC

/s/ Joseph Panvini
Joseph Panvini, Esq.
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/Joseph Panvini*