**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| CHRISTOPHER CARLSON, | : |
| | :     Case No. 3:21-cv-00077-WMC-SLC |
|      Plaintiff, | : |
| | : |
| v. | :    **JOINT MOTION AND PROPOSED** |
| | :    **ORDER EXTENDING DISCOVERY AND** |
| SYNCHRONY BANK and EQUIFAX | :    **DISPOSITIVE MOTION DEADLINES** |
| INFORMATION SERVICES, LLC., | : |
| | : |
|      Defendants | : |
| | : |
| | : |

     The remaining parties to this matter (Plaintiff Christopher Carlson and Synchrony Bank) jointly move to extend the deadline for the parties to complete discovery and file dispositive motions. Pursuant to the Court's Scheduling Order of May 11, 2021 [Docket No. 16], the deadline to complete discovery is December 17, 2021 and the deadline to file dispositive motions is January 14, 2022. Written discovery has been served by Synchrony but not completed. Synchrony has given Plaintiff an extension of time to respond to the written discovery which would be beyond the Discovery cutoff and shortly before the present dispositive motion deadline. Depositions have not been taken. The Parties have discussed settlement but have not been able to resolve the matter.

     The Parties believe that just cause exists to extend these deadlines. Accordingly, the Parties ask the Court to extend the deadline for the completion of discovery until January 17, 2022. Additionally, the Parties jointly request that the dispositive motion deadline be extended until February 14, 2022.

     A copy of the proposed Order is attached hereto as Exhibit A.

DATED this 14th day of December, 2021.

MCCARTHY LAW, PLC                          REED SMITH, LLP

/s/ Joseph Panvini                          /s/ Timothy R. Carwinski
Joseph Panvini, Esq.                        Timothy R. Carwinski
4250 North Drinkwater Blvd, Ste. 320        10 South Wacker Drive, 39th Floor
Scottsdale, AZ  85251                       Chicago, IL  60606-7507
Telephone: (602) 456-8900                   Telephone:  (312) 207-1000
Facsimile: (602) 218-4447                   Facsimile:  (312) 207-6400

Attorneys for Plaintiff                     Attorneys for Synchrony Bank

## CERTIFICATE OF SERVICE

I, Timothy R. Carwinski, an attorney, hereby certify that on December 17, 2021, I caused a true and correct copy of the Joint Motion and Proposed Order Extending Discovery and Dispositive Motion Deadlines to be served via the CM/ECF system, which will send notification of such filing to the e-mail address of all counsel of record.

/s/ *Timothy R. Carwinski*
Timothy R. Carwinski