**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

CHRISTOPHER CARLSON,                    :
                                        :    Case No. 3:21-cv-00077-WMC-SLC
          Plaintiff,                    :
                                        :
v.                                      :    **ORDER EXTENDING DISCOVERY AND**
                                        :    **DISPOSITIVE MOTION DEADLINES**
SYNCHRONY BANK and EQUIFAX              :
INFORMATION SERVICES, LLC.,             :
                                        :
                                        :
          Defendants                    :
                                        :
                                        :

The Court entered a Scheduling Order in this matter on May 11, 2021 [Docket No. 16]. Before the Court is the Joint Motion and Proposed Order Extending the Discovery and Dispositive Motion Deadlines filed by the remaining parties to this action (Plaintiff Christopher Carlson and Defendant Synchrony Bank).

The Court finds that just cause exists to extend these deadlines and the Joint Motion is hereby GRANTED and it is hereby ORDERED that all fact discovery shall be completed by January 17, 2022 and all dispositive motions shall be filed by February 14, 2022.

_____
HON. WILLIAM M. CONLEY
UNITED STATES DISTRICT JUDGE