**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

CHRISTOPHER CARLSON,

      Plaintiff,

v.

SYNCHRONY BANK and EQUIFAX
INFORMATION SERVICES, LLC.,

      Defendants

Case No. 3:21-cv-00077-WMC-SLC

### SYNCHRONY BANK'S MOTION FOR SUMMARY JUDGMENT

Defendant Synchrony Bank. ("Synchrony"), through undersigned counsel, moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of its Motion, Synchrony incorporates its Brief in Support of the Motion for Summary Judgment filed simultaneously herewith.

Wherefore, Synchrony respectfully requests that this Court grant Synchrony's Motion for Summary Judgment and for such further relief to which it may be entitled.

DATED: January 28, 2022        REED SMITH LLP

*/s/ Timothy R. Carwinski*
Timothy R. Carwinski
tcarwinski@reedsmith.com
10 South Wacker Drive, 39th Floor
Chicago, IL  60606-7507
Telephone:  (312) 207-1000
Facsimile:  (312) 207-6400

*Attorney for Defendant Synchrony Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2022, a true and correct copy of the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

/s/ Timothy R. Carwinski
Timothy R. Carwinski