**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| |
|---|
| CHRISTOPHER CARLSON,<br><br>       Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK and EQUIFAX<br>INFORMATION SERVICES, LLC,<br><br><br>       Defendants |

Case No. 3:21-cv-00077-wmc

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S**
**MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Christopher Carlson, through undersigned counsel, submits the below Opposition to Defendant's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of Plaintiff's Opposition, Plaintiff submits his Brief in Support and Separate Statement of Material Facts.

Plaintiff respectfully requests that Defendant's Motion be denied as to Plaintiff's 1681b claim against Defendant, and in the alternative, grant Plaintiff relief under Rule 56(d) of the Federal Rules to conduct limited discovery and take a single deposition.

Dated:    February 18, 2022

*/sJoseph Panvini*
Joseph Panvini, Esq.
MCCARTHY LAW, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
(602) 456-8900