**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

CHRISTOPHER CARLSON,

      Plaintiff,

v.

SYNCHRONY BANK and EQUIFAX
INFORMATION SERVICES, LLC,

      Defendants

Case No. 3:21-cv-00077-wmc

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1. I, Christopher Carslon, am the Plaintiff in this action, and I respectfully submit this affidavit in opposition to Defendant's Motion for Summary Judgment and Brief in Support.

2. I am over the legal age of majority, of sound mind, and have personal knowledge of facts which bear on this motion.

3. In July 2019 I contacted Defendant after discovering a PayPal Synchrony Account (the "Account") and hard inquiry on my Equifax credit report.

4. I did not claim to be the victim of identity theft.

5. Defendant informed me that the Account was opened due to an incorrectly typed social security number and that they would have the account and inquiry removed from my Equifax credit report.

6. On May 18, 2020 I spoke to an Account Manager for Defendant (employee number 7325495) and was advised that Defendant would send a request to Equifax to delete the hard inquiry from Defendant appearing on my Equifax report. The Account had been

removed from my Equifax report but the inquiry tied to the Account remained.

7. On June 29, 2020 I contacted Equifax to see if the inquiry had been removed and I was informed that Equifax had not received a request for deletion from Defendant.

8. On June 29, 2020 I spoke to two more employees of Defendant (employee numbers 4570213 and 3602127) and was informed that Defendant would take not further action on my dispute.

9. I have never held nor currently hold an account with Defendant.

10. I have never applied for an account with Defendant.

By: _____
Christopher Carlson

Signed this 14 day of February 2022.

_____
Notary Public

My commission expires this 08 / 25TH day of AUGUST 2025.

THOMAS SAMUEL
Notary Public
State of Wisconsin

#243261