IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER CARLSON,

       Plaintiff,

                                     Case No. 21-cv-77-wmc

   v.

SYNCHRONY BANK,

       Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Synchrony Bank against plaintiff Christopher Carlson dismissing this case.

_____s/ A. Wiseman, Deputy Clerk_____       _____5/4/2022_____
Joel Turner, Clerk of Court                               Date