**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

Christopher Carlson,

     Plaintiff,

v.

Synchrony Bank and Equifax Information
Services LLC.

     Defendants.

Case No.: 3:21-cv-00077-wmc

## <u>NOTICE OF SETTLEMENT AS TO DEFENDANT SYNCHRONY BANK</u>

Plaintiff Christopher Carlson, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Synchrony Bank. Plaintiff and Synchrony Bank are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Synchrony Bank will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all defendants.

Dated:    May 11, 2022

MCCARTHY LAW, PLC

*/s/Joseph Panvini*
Joseph Panvini, Esq.
MCCARTHY LAW, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/Joseph Panvini*