**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Christopher Carlson, | |
| Plaintiff, | |
| v. | Case No.: 3:21-cv-00077-wmc |
| Synchrony Bank and Equifax Information Services LLC. | |
| Defendants. | |

## STIPULATION FOR DISMISSAL AS TO DEFENDANT SYNCHRONY BANK

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Synchrony Bank hereby jointly stipulate that Synchrony Bank may be dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Dated:    June 3, 2022

REED SMITH LLP

*/s/ Timothy R. Carwinski*
Timothy R. Carwinski
tcarwinski@reedsmith.com
10 South Wacker Drive, 39th Floor
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
*Attorney for Defendant Synchrony Bank*

MCCARTHY LAW, PLC

*/s/ Joseph Panvini*
Joseph Panvini, Esq.
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/Joseph Panvini*

2